


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK   JUDGE ROBINSON

**07 CIV. 6049**

STEVEN WOHL, On behalf of himself and
all others similarly situated,

        Plaintiff,

against

NESTLÉ WATERS NORTH AMERICA, INC.,

        Defendant.

Docket No. 07-1091

Civil Action

Rule 7.1
Statement

## DISCLOSURE STATEMENT ON BEHALF OF
## DEFENDANT NESTLÉ WATERS NORTH AMERICA, INC.

1.    Nestlé SA is the parent corporation of Nestlé Waters North America, Inc. ("Nestlé").

2.    No publicly held company owns 10% or more of Nestlé SA stock.

3.    No publicly held company owns 10% or more of Nestlé's stock.

THE DEFENDANT,
NESTLÉ WATERS NORTH AMERICA, INC.

June 25, 2007

By: _____
Samuel Feldman, Esq. (SF-6704)
Orloff, Lowenbach, Stifelman
  & Siegel, P.A.
101 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 622-6200
Facsimile: (973) 622-3073
E-Mail: sf@olss.com

ORLOFF, LOWENBACH,
STIFELMAN & SIEGEL, P.A.
101 EISENHOWER PKWY.
ROSELAND, NJ 07068

SF-6704

374373   6/25/2007

-2-

and

Jack Babchik, Esq.
BABCHIK & YOUNG, LLP
200 East Post Road
White Plains, New York 10601
Telephone: (914) 470-0001
Facsimile: (914) 470-0009

ORLOFF, LOWENBACH,
STIFELMAN & SIEGEL, P.A.
101 EISENHOWER PKWY.
ROSELAND, NJ 07068
(973) 622-6200