SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF PUTNAM

---

STEVEN WOHL, On behalf of himself and
all others similarly situated,

        Plaintiff,

against

NESTLÉ WATERS NORTH AMERICA, INC.,

        Defendant.

Index No. 07-1091

**NOTICE THAT ACTION
HAS BEEN REMOVED**

---

    Defendant Nestlé Waters North America Inc. hereby gives this Court notice of the filing of a Notice of Removal of this action in the United States District Court for the Southern District of New York. A copy of the Notice of Removal is attached hereto as Exhibit A.

Dated: ~~Roseland, New Jersey~~ White Plains NY
      June 26, 2007

BABCHIK & YOUNG, LLP

By: _/s/ Jack Babchik_
    JACK BABCHIK
200 East Post Road
White Plains, New York 10601
Telephone: (914) 470-0001
Facsimile: (914) 470-0009

Samuel Feldman (SF 6704)
ORLOFF, LOWENBACH, STIFELMAN
 & SIEGEL, P.A.
101 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 622-6200
Facsimile: (973) 622-3073

*Attorneys for Defendant
Nestlé Waters North America Inc.*