Steven Wohl, et al.,

                                        Plaintiff,

         v.

Nestle Waters North America, Inc.

                                        Defendant.


STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

    Ava Crockett, being duly sworn, deposes and says:  deponent is not a party of this action, is over 18 years of age, and resides in Westchester County; that on the 26th day of June, 2007, deponent served the within **Notice that Action has been Removed** on the attorneys set forth below to the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service:


TO:   Jeffrey I. Carton, Esq.
     Meisleman, Denlea, Packman, Carton
      & Eberz, P.C.
     Attorneys for Plaintiff
     1311 Mamaroneck Avenue
     White Plains, NY  10605


_Ava Crockett_
Ava Crockett


Sworn to me this 26th day
of June, 2007

_____
Notary Public

MATTHEW ROSEN ESQ
Notary Public, State of New York
No. 02RO6011823
Qualified in New York County
Commission Expires August 17, 2010