## MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C.

Attorneys at Law

1311 MAMARONECK AVENUE, WHITE PLAINS, NY 10605
TEL: (914)517-5000 | FAX: (914)517-5055

August 10, 2007

**By Facsimile (914) 390-4179**

Hon. Stephen C. Robinson
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601

## MEMO ENDORSED

Re: Wohl v. Nestle Waters N. America, Inc.
Civil Action No. 07 cv. 6049
Our File No.: 14759

Dear Judge Robinson:

We represent plaintiff Steven Wohl in this action. As per my conversation this morning with one of Your Honor's clerks, there are on-going settlement discussions between counsel for plaintiff and defendant that may result in an early disposition of the case. Accordingly, we write to request a two-week extension of time to submit the Joint Scheduling Order, from August 17, 2007 to August 31, 2007.

We have informed defendant's counsel that we would be requesting such an extension of time, and they have indicated that they do not have any objection to such a request.

We thank the Court for its attention to this matter, which is appreciated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Respectfully submitted,

MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.

John B. Dawson

JBD/bls
cc: Jeffrey M. Garrod, Esq. (By Fax: 973-622-3073)
00197622.WPD

**APPLICATION GRANTED**

Stephen C. Robinson

HON. STEPHEN C. ROBINSION 8/10/07