UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEVEN WOHL,                                : Civil Action No. 07 cv 6049
on behalf of himself and all                :
others similarly situated,                  :
                                            :
                    Plaintiff,              :
                                            :
       -against-                            :
                                            :
NESTLÉ WATERS NORTH AMERICA, INC, :
                                            :
                    Defendant.              :
-----------------------------------------------------------x

## NOTICE OF RULE 41(a)(1) DISMISSAL

**PLEASE TAKE NOTICE** that the plaintiff, STEVEN WOHL, discontinues the above-entitled action and dismisses the complaint without prejudice.

Dated:   August 28, 2007
         White Plains, New York

                                  MEISELMAN, DENLEA, PACKMAN,
                                  CARTON & EBERZ P.C.

                                  By: _____
                                  Jeffrey I. Carton (JC 8296)
                                  1311 Mamaroneck Avenue
                                  White Plains, New York 10605
                                  Tel: (914) 517-5000

*Case Closed*                     Attorneys for Plaintiff

TO:    Jeffrey M. Garrod, Esq.
       Attorneys for Defendant
       Nestlé Waters North America, Inc.
       Orloff, Lowenbach, Stifelman & Siegel
       101 Eisenhower Parkway
       Roseland, NJ 07068
       Tel: 973-622-6200

00198171 WPD

So Ordered:

September 12, 2007
White Plains, NY

_____
Stephen C. Robinson
U.S.D.J.